UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **PATRICIA BRADSHAW,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-cv-02174-SHM-tmp |
| ) | JURY DEMANDED |
| **PRINCIPAL FINANCIAL GROUP d/b/a** ) | |
| **PRINCIPAL LIFE INSURANCE COMPANY,** ) | |
| ) | |
| *Defendant*. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Caroline R. Gordon and withdraws her appearance as counsel for the Plaintiff in this case.

RESPECTFULLY SUBMITTED this August 15, 2018.

                GORDON SHAW LAW GROUP, PLLC

      BY: /s/ Caroline R. Gordon
           AMBER GRIFFIN SHAW (TN #026337)
           CAROLINE R. GORDON (TN #35155)
           Suite 300, Hotel Lindo Building
           114 West Liberty Avenue
           P. O. Box 846
           Covington, TN 38019-0846
           (901) 476-7100/Telephone
           (901) 476-3537/Facsimile
           lawjhg@comcast.net

           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 15, 2018, a true and correct copy of the foregoing document was forwarded by electronic means *via* the Court's electronic filing system to:

Ms. Grace Robinson Murphy
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
Tel.: 205-254-1000
Fax: 205-254-1999
gmurphy@maynardcooper.com

*Attorney for Defendant*
*Principal Life Insurance Company*


                                                /s/ Caroline R. Gordon